IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN RAUL CUERVO,

    Petitioner,

v.                                  CASE NO. 4:11cv471-SPM/WCS

KENNETH S. TUCKER,

    Respondent.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 7, 2011 (doc. 6). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2.     This case is transferred to the Middle District of Florida for all

further proceedings.

DONE AND ORDERED this 10th day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge